PD-1094-15

PD-1094-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/13/2015 2:57:54 PM
Accepted 10/15/2015 2:04:13 PM
ABEL ACOSTA
CLERK



LISA C. MCMINN
STATE PROSECUTING ATTORNEY

OFFICE OF
**STATE PROSECUTING ATTORNEY**
P.O. BOX 13046
CAPITOL STATION
AUSTIN, TX 78711
(512) 463-1660

JOHN R. MESSINGER
ASST. STATE PROSECUTING ATTORNEY

STACEY M. GOLDSTEIN
ASST. STATE PROSECUTING ATTORNEY

October 13, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78701

Re:     *Christopher Earl Darcy v. The State of Texas*
        Cause No. PD-1094-15

The State's petition in the above cause presents the question of whether a technical violation of an individual's Sixth Amendment right to counsel, which does not constitute a total deprivation, is subject to a harm analysis. The Amarillo Court of Appeals in *Darcy* concluded that such error is structural and therefore never harmless. After the State filed its petition, the Eastland Court of Appeals in *Rubalcado v. State*, No. 11-11-00028-CR, on remand from this Court, reached the opposite determination. Expressly disagreeing with *Darcy*, the court stated that this Court's decision to remand (*Rubalcado*), instead of simply reversing for a new trial, indicated that the error is subject to a harm analysis. The Eastland Court's decision has created a split among the lower courts of appeals and therefore provides further reason for this Court to grant review in *Darcy*. *See* TEX. R. APP. P. 66.3(a).

/s/ Lisa C. McMinn
State Prosecuting Attorney

cc *via* electronic service:     David M. Green
                                 R. Walton Weaver

FILED IN
COURT OF CRIMINAL APPEALS

October 15, 2015

ABEL ACOSTA, CLERK